**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01887-PAB-BNB

BILL GUINN,

    Plaintiff,

v.

JEFFCO COMBINED COURTS,
JEFFCO JUDGE DaVITA,
JEFFCO DISTRICT ATTORNEYS OFFICE,
MS. SAMANTHA BLOODWORTH,
JEFFCO PUBLIC DEFENDERS OFFICE,
JEFFCO SHERIFFS' DEPARTMENT,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 15] of Judge Philip A. Brimmer entered on May 24, 2013 it is

**ORDERED** that the Recommendation of United States Magistrate Judge Boyd N. Boland [Docket No. 10] is **AFFIRMED**. It is

**FURTHER ORDERED** that plaintiff's amended complaint [Docket No. 9] is dismissed without prejudice. It is

**FURTHER ORDERED** that this case is closed in its entirety.

Dated at Denver, Colorado this 24th day of May, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk